JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA CALDERON, | Case No. 2:18-cv-07393-RGK-AGR |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| AFNI, INC.; DOES 1-10 inclusive, | |
| Defendants | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 30th day of November, 2018.

*/s/ Gary Klausner*
_____
The Honorable R. Gary Klausner

Order to Dismiss - 1